

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID N. KENT, | Case No. 8:18-cv-01287-MAA |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ANDREW M. SAUL, Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Decision and Order Reversing Decision of the Commissioner and Remanding for Further Administrative Proceedings filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: October 11, 2019

MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE